LAW OFFICES OF VICTOR D. VERTNER, ESQ.
SBN 046100
5267 Elrose Avenue
San Jose, CA 95124
(408) 266-4198

Attorney for Defendant
JOSE RAMIREZ VERDUZCO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-13-247 JAM |
| Plaintiff, | ) ) ) | Stipulation and Order Continuing Disposition by Plea or Trial Setting |
| v. | ) ) | |
| JOSE RAMIREZ VERDUZCO et al., | ) ) | Date: March 4, 2014 Time: 9:45 A.M. |
| Defendants. | ) | Judge: Honorable John A. Mendez |

The United States of America though its undersigned counsel, Richard J. Bender, Assistant United States Attorney, together with counsel for defendant Jose Ramirez-Verduzco, Victor D. Vertner, ESQ., hereby stipulate the following:

1. By previous order, this matter was set for February 25, 2014

2. By this stipulation, defendant now moves to continue the status conference until March 4, 2014 at 9:45 a.m., and exclude time between February 25, 2014 and March 4, 2014 under the Local Code T-4 (to allow defense counsel time to prepare).

3. The parties agree and stipulate, and request the Court find the following:

a. I have a matter to argue before the Sixth District Court of Appeals on Wednesday February 19, 2014.

b. I have a matter to argue in Hollister, CA on Friday February 21, 2014. This matter

has been remanded by the Sixth District Court of Appeals for a new *Romero* hearing and Further Sentencing.

c. I have only recently received a newly discovered Police Report on Mr. Verduzco. The police report reflects a prior possession for sales charge, with a gross weight amount of 1.8 grams. I believe this police report may make a difference in regards to the proposed plea agreement.

d. For the above stated reasons, I will not be able to visit Mr. Verduzco in Sacramento to have him sign the proposed plea agreement by the Thursday deadline for executing the plea agreement before the February 25th appearance.

e. I have spoken with Mr. Richard Bender, United States Attorney, and he has agreed to my request of a continuance for one week.

f. Counsel for defendants believe that failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

g. The Government does not object to the continuance.

h. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial within the original date prescribed by the Speedy Trial Act.

i. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of February 25, 2014 and March 4, 2014 is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) and (B)(ii) and (iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice

served by taking such action outweigh the best interests of the public and the defendants in a speedy trial.

IT IS SO STIPULATED

Dated: February __, 2014                         /s/ Victor D. Vertner
                                                 Victor D. Vertner
                                                 Attorney for Defendant
                                                 Jose Ramirez-Verduzco


Dated, February___, 2014
                                                 /s/ Richard J. Bender
                                                 Richard J. Bender
                                                 Assistant U.S. Attorney

## ORDER

Based upon the above stipulation, including reasons for excluding time, IT IS SO FOUND AND ORDERED this 18th day of February, 2014 that the above captioned matter be continued to March 4, 2014 at 9:45 a.m.


                                                 /s/ John A. Mendez_____
                                                 HONORABLE JOHN A. MENDEZ
                                                 U.S DISTRICT COURT JUDGE