HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
JOSE LUIS RAMIREZ-VERDUZCO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE LUIS RAMIREZ-VERDUZCO,<br><br>Defendant. | No. 2:13-cr-247-TLN-4<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE CRIMINAL HISTORY REDUCTION CASE<br><br>Judge: The Honorable JOHN A. MENDEZ |

Defendant, JOSE LUIS RAMIREZ-VERDUZCO, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Shelley D. Weger, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o), after taking into account the policy statements set forth in USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable;

2. The United States Sentencing Commission recently amended the Sentencing Guidelines to limit the overall criminal history impact of "status points" by assigning zero status points for offenders with six or fewer criminal history points, and one status point for offenders

1  with seven or more criminal history points ("status-point provision").  See Amendment 821, Part
2  A; *compare* USSG § 4A1.1(d) (2022), *with* USSG § 4A1.1(e) (Nov. 1, 2023).  The United States
3  Sentencing Commission made the status-point provision retroactive beginning February 1, 2024.
4  See USSG § 1B1.10(e)(2) (Nov. 1, 2023), 88 Fed. Reg. 60534;

5   3. Mr. Ramirez-Verduzco received 6 criminal history points based on his past
6  criminal convictions and 2 criminal history points pursuant to the former USSG § 4A1.1(d), for a
7  total criminal history score of 8, which placed him in criminal history category IV.  His total
8  offense level was 35, resulting in a guideline range of 235 to 293 months;

9   4. On July 29, 2014, this Court sentenced Mr. Ramirez-Verduzco to a term of 156
10 months imprisonment;

11   5. The sentencing range applicable to Mr. Ramirez-Verduzco was subsequently
12 lowered by the status-point provision;

13   6. Mr. Ramirez-Verduzco is eligible for a reduction in sentence, which reduces his
14 criminal history score to 6, lowering his criminal history category from IV to III, resulting in an
15 amended advisory guideline range of 210 to 262 months;

16   7. When the defendant's original sentence was below the applicable guideline range,
17 the court may, pursuant the exception set forth in USSG § 1B1.10(b)(2)(B), grant a comparable
18 reduction below the amended guideline range;

19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /

1      8.      Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Ramirez-Verduzco's term of imprisonment to 139 months, effective February 1, 2024.

Respectfully submitted,

| Dated:  January 16, 2024 | Dated:   January 16, 2024 |
|---|---|
| PHILLIP A. TALBERT<br>United States Attorney | HEATHER E. WILLIAMS<br>Federal Defender |
| /s/ *Shelley D. Weger*<br>SHELLEY D. WEGER<br>Assistant U.S. Attorney | /s/ *David M. Porter*<br>DAVID M. PORTER<br>Assistant Federal Defender |
| Attorney for Plaintiff<br>UNITED STATES OF AMERICA | Attorney for Defendant<br>JOSE LUIS RAMIREZ-VERDUZCO |

**ORDER**

This matter came before the Court on the stipulated motion of the parties for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Ramirez-Verduzco is entitled to the benefit of Amendment 821, Part A, the new status-point provision, which reduces his criminal history score to 6 and his criminal history category from IV to III, resulting in an amended guideline range of 210 to 262 months.

IT IS HEREBY ORDERED that, pursuant to USSG § 1B1.10(b)(2)(B), the term of imprisonment imposed in July 2014 is reduced to a term of 139 months, effective February 1, 2024.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Ramirez-Verduzco shall report to the United States Probation Office within seventy-two hours after his release.

Dated:  January 18, 2024

Troy L. Nunley
United States District Judge